IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

ENTERED
02/28/2011

IN RE )
)
SONRISA REALTY PARTNERS, LTD.,   )   CASE NO. 10-80026-G3-11
)
      Debtor, )
)

<u>JUDGMENT</u>

      Based on the separate Memorandum Opinion signed this same date, it is

      ORDERED that "Compass Bank's Third Amended Plan of Liquidation for Sonrisa Realty Partners, Ltd." (Docket No. 145) is confirmed.

      Signed at Houston, Texas on February 28, 2011.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE